AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00335 |
| | ) | Assigned to: Judge Harvey, G. Michael |
| Curtis Davis | ) | Assign Date: 12/4/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Curtis Davis                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment  ❒ Superseding Indictment  ❒ Information  ❒ Superseding Information  ☒ Complaint
❒ Probation Violation Petition  ❒ Supervised Release Violation Petition  ❒ Violation Notice  ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Digitally signed by G.
Michael Harvey
Date: 2023.12.04
11:31:39 -05'00'

*Issuing officer's signature*

Date:    12/04/2023

City and state:         Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/4/23 , and the person was arrested on *(date)* 12/8/23 |
| at *(city and state)* Snow Hill, NC . |
| Date: 12/8/23 |
| *Arresting officer's signature* |
| Pete Mines, FBI Special Agent |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Curtis Davis

Known aliases:

Last known residence:     5966 Highway 903 N, Ayden, NC, 28513

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:     252-253-2253

Place of birth:

Date of birth:     11/8/1978

Social Security number:     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

Height:                                    Weight:

Sex:                                       Race:

Hair:                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency:     FBI Raleigh RA

Investigative agency address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: